UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CV-81050-BER

MICHAEL HORN,

Plaintiff,

v.

MEAT MARKET BOCA RATON, LLC,

Defendant.

---

**REPORT AND RECOMMENDATION ON JOINT MOTION**
**<u>FOR APPROVAL OF FLSA SETTLEMENT</u>**

THIS CAUSE is before me on the parties' Joint Motion for Court Approval of Settlement of Fair Labor Standards Act ("FLSA") Claims, which I construe as a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 21. The Motion was referred to me by U.S. District Judge Ed Artau for a report and recommendation. ECF No. 19.

Plaintiff, Michael Horn, and Defendant, Meat Market of Boca Raton, LLC, have settled this case filed under the FLSA, 29 U.S.C. § 203 *et seq.*, and seek the Court's approval of their settlement agreement. After carefully reviewing the record and the settlement agreement, and after conducting a fairness hearing on September 10, 2026, it is **RECOMMENDED** that:

1. The Court find that the settlement agreement represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The Joint Motion [ECF No. 21] be **GRANTED**.
3. The parties' FLSA settlement agreement be **APPROVED**.
4. This case be **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the settlement agreement for 30 days.
5. Any and all pending motions be **DENIED AS MOOT**.

**NOTICE OF RIGHT TO OBJECT**

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Ed Artau, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of September 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE