**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-81050-EA**

**Michael Horn,**

Plaintiff,

v.

**Meat Market Boca Raton, LLC,**

Defendant.
___________________________________/

# ORDER

THIS CAUSE came before the Court on the parties' Joint Motion for Approval of Settlement of FLSA Claims [ECF No. 21] and Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") on the same. [ECF No. 26]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 26]** is **AFFIRMED.**
2. The Joint Motion for Approval of Settlement of FLSA Claims **[ECF No. 21]** is **GRANTED.**
3. The parties' FLSA settlement agreement is **APPROVED**.
4. This case is **DISMISSED WITH PREJUDICE**.
5. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.
6. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida, this 17th day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jordan Lee Richards**
Jordan Richards, PLLC
1800 SE 10th Ave.
Ste 205
Fort Lauderdale, FL 33316
954-871-0050
Email: jordan@jordanrichardslaw.com

**Michael Vincent Miller**
USA Employment Lawyers
1800 SE 10th Ave
Ste 205
Fort Lauderdale, FL 33316
954-871-0050
Email: michael@usaemploymentlawyers.com

**Jillian Carly Postal**
Saul Ewing, LLP
701 Brickell Avenue
Ste 1700
Miami, FL 33131
305-428-4500
Email: jillian.postal@saul.com

**Robert L. Duston**
Saul Ewing, LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
202-342-3415
Fax: 202-295-6710
Email: rob.duston@saul.com